Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 308
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Kevin Morgan

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MORGAN,<br>    Plaintiff,<br><br>  vs.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br>    Defendant. | Case No.: 5:20-cv-01003-GW-DFM<br><br>ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **FOUR THOUSAND FIVE HUNDRED DOLLARS** ($ 4,500.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: April 29, 2021

_____
HON. DOUGLAS F. MCCORMICK
United States Magistrate Judge